UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re: Civil Cases
23 Civ. 10427
24 Civ. 2947
24 Civ. 1645
23 Civ. 492
23 Civ. 10223
23 Civ. 3758
23 Civ. 1626
23 Civ. 9312
16 Civ. 4441
24 Civ. 232
24 Civ. 1568
23 Civ. 6090
24 Civ. 4044
22 Civ. 3120
24 Civ. 168
24 Civ. 4862
20 Civ. 6819
24 Civ. 3310
24 Civ. 2012
24 Civ. 3183
23 Civ. 7972
22 Civ. 9109
24 Civ. 2830
------------------------------------------------------X

**SCHEDULING ORDER**

The Court's AT&T teleconferencing line will be discontinued as of November 30, 2024 and replaced with Webex. Therefore, counsel shall call the following number at the time of the conference:

    Toll-Free Number: 855-244-8681
    Access Code: 1800490580

In *pro se* inmate cases, counsel shall ensure that the *pro se* party is on the line before calling the above-referenced number. The Clerk is directed to mail a copy of this order to any *pro se* party.

Dated: November 20, 2024
       White Plains, New York

                                                        **SO ORDERED:**

                                                    JUDITH C. McCARTHY
                                                    United States Magistrate Judge