USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 10/09/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN P. CLUNE, *et al.*,

Plaintiffs,

-against-

DESMOND T. BARRY, JR., *et al.*,

Defendants.

No. 16-cv-4441 (NSR) (JCM)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

The Court acknowledges that on August 5, 2025, the parties cross-moved for summary judgment. (ECF Nos. 195, 199.) The docket reflects that this action remains stayed, however. After reviewing the docket, the Court deems the matter fully submitted and will issue a ruling in due course. The Clerk of Court is respectfully directed to lift the stay in this action.

SO ORDERED.

Dated: October 9, 2026
White Plains, NY

Nelson S. Román, U.S.D.J.